**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-1073

Caption [use short title]

XINOUS, INC.
Plaintiff-Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION and RED HAT, INC.,
Defendants-Appellees

**Motion for:** Unopposed Motion for 15-Day Extension of Time To File Petition for Panel Rehearing and Rehearing En Banc

Set forth below precise, complete statement of relief sought:
Under Federal Rules of Appellate Procedure 26 and 40, Appellant Xinuos, Inc. ("Xinuos") respectfully requests a 15-day extension of time to file a petition for panel hearing and rehearing en banc.

**MOVING PARTY:** Xinous, Inc.

**OPPOSING PARTY:** International Business Machines Corp. and Red Hat, Inc.

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mark M. Supko

**OPPOSING ATTORNEY:** David Marriott

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
| --- | --- |
| Crowell & Moring LLP | Latham & Watkins LLP |
| 600 Fifth St. NW, Washington DC, 20001 | 1271 Avenue of the Americas, New York, NY 10020 |
| Ph: (202) 624-2500; Email: msupko@crowell.com | Ph: (212) 906-1200; Email: david.marriott@lw.com |

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York in Case No. 7:22-cv-9777, District Judge Cathy Seibel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: June 22, 2026 (decision August 10, 2026)

**Signature of Moving Attorney:**

*/s/ Mark M. Supko* **Date:** 08/17/2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# 25-1073

## United States Court of Appeals for the Second Circuit

XINUOS, INC.,

*Plaintiff-Appellant,*

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION and RED HAT, INC.,

*Defendants-Appellees.*

Appeal from the United States District Court for the Southern District of New York in Case No. 7:22-cv-9777, District Judge Cathy Seibel

**APPELLANT'S UNOPPOSED MOTION FOR 15-DAY EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Mark M. Supko
Mark A. Klapow
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

Warrington S. Parker, III
Joachim B. Steinberg
Jacob S. Canter
CROWELL & MORING LLP
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
(415) 986-2800

*Counsel for Plaintiff-Appellant Xinuos, Inc.*

August 17, 2026

# APPELLANT'S UNOPPOSED MOTION FOR 15-DAY EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Under Federal Rules of Appellate Procedure 26 and 40, Appellant Xinuos, Inc. ("Xinuos") respectfully requests a 15-day extension of time to file a petition for panel hearing and rehearing en banc. Granting this extension would set a new deadline of September 8, 2026. In support of this motion, Xinuos states as follows:

1. Federal Rule of Appellate Procedure 40(d)(1) specifies that "[u]nless the time is shortened or extended by order or local rule, any petition for panel rehearing or rehearing en banc must be filed within 14 days after judgment is entered…"

2. Federal Rule of Appellate Procedure 26(b) authorizes the Court to extend the time to file such a petition "[f]or good cause."

3. Appellant's petition for rehearing is currently due on August 24, 2026.

4. Appellant requests a 15-day extension of time to file its petition, which would make the petition due on September 8, 2026.

5. Counsel for Appellant has conferred with counsel for Appellee International Business Machines Corporation ("IBM"), who confirmed that IBM does not oppose the requested extension.

6. Good cause exists for the requested extension. The appeal involves complex issues of copyright law and the short extension requested is needed to give

counsel for Appellant adequate time to fully analyze the Court's decision, consult with Xinuos, and brief its petition to the Court.

7. In addition to the foregoing, Lead Counsel for Appellant will be restricted in his ability to devote adequate time to the petition for rehearing in advance of the current deadline due to expert discovery deadlines in an enforcement proceeding before the U.S. International Trade Commission and in related antitrust cases pending before the U.S. District Courts for the Northern District of California and the District of New Jersey.

8. This Court has granted extensions in similar circumstances. *See*, *e.g.*, *Upstate Jobs Party v. Kosinski*, No. 21-2518, ECF 107 (2d Cir. May 6, 2022) (granting unopposed 45-day extension, in part, due to limited attorney availability) *In Re: TransCare Corporation*, No. 21-2547, ECF 147 (2d Cir. Sept. 1, 2023) (30-day extension granted); *Flores v. The National Football League*, No. 23-1185, ECF 193 (2d Cir. Aug. 25, 2025) (21-day extension granted).

9. The requested extension will allow Appellant enough time to prepare its petition for panel rehearing or rehearing en banc in light of these concerns. This is the first request for an extension of this deadline, and the request is not being made for the purpose of delay. No party will be prejudiced if the extension is granted.

**CONCLUSION**

In view of the foregoing, Appellant respectfully requests that the Court to

grant this unopposed motion for a 15-day extension of time to file their petition for rehearing in this appeal, to and including September 8, 2026.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Mark M. Supko*

Mark M. Supko
Mark A. Klapow
CROWELL & MORING LLP
600 Fifth Street NW
Washington, DC 20001
Tel.: (202) 624-2500
msupko@crowell.com
mklapow@crowell.com

Warrington S. Parker, III
Jacob S. Canter
Joachim B. Steinberg
CROWELL & MORING LLP
Three Embarcadero Center
26th Floor
San Francisco, CA 94111
Tel.: (415) 986-2800
wparker@crowell.com
jcanter@crowell.com
jsteinberg@crowell.com

*Counsel for Plaintiff-Appellant Xinuos, Inc.*