# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge.*

---

Xinuos, Inc.,

Plaintiff - Appellant,

v.

International Business Machines Corporation and Red Hat, Inc.,

Defendants - Appellees.

---

**ORDER**

Docket No. 25-1073

Appellant moves for a 15-day extension of time, to September 8, 2026, to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

